UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-314-F2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CRAIG EDWARD JOHSNON, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's letter motion requesting the court to add intensive drug treatment to his judgment and requesting the court to review whether *United States v. Simmons*, 649 F.3d 237 (2011) applies to his conviction under 18 U.S.C. § 924(c)(1) [DE-122]. Under the circumstances, the court will not modify Johnson's judgment. In addition, the undersigned may not give legal advice regarding whether the *Simmons* decision may apply in his case. The Defendant's motions are therefore DENIED.

SO ORDERED.

This the 16 day of January, 2013.

JAMES C. FOX
Senior United States District Judge