UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-314-F2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CRAIG EDWARD JOHNSON, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's letter motion [DE-129] requesting the court "review [his case] for the safety valve." The court has already reviewed his case for application of the safety valve and found that it does not apply. *See* March 13, 2007 Order [DE-89]. Johnson's motion [DE-129] is therefore DENIED. The Clerk of Court is DIRECTED to send Johnson a copy of this order and of docket entry 89.

SO ORDERED.

This the 13th day of February, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge