# UNITED  STATES  DISTRICT  COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Craig Edward Johnson | ) | Case No:  5:04-CR-314-2F |
| | ) | USM No:  21648-056 |
| Date of Original Judgment:        April 26, 2005 | ) | |
| Date of Previous Amended Judgment: December 17, 2012 | ) | Sherri Alspaugh |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  101                months **is reduced to** 81 months on Count 1.

Count 2 remains 60 months, consecutive, for a total sentence of 141 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 26, 2005, and December 17, 2012, shall remain in effect. **IT IS SO ORDERED.**

Order Date:        11/3/14

*James C. Fox*
*Judge's signature*

Effective Date:      November 1, 2015                    James C. Fox   Senior U.S. District Judge
              *(if different from order date)*                                   *Printed name and title*